**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LEONARD COATES (#374983)**                                              **CIVIL ACTION**

**VERSUS**

**MARCUS DOUGLAS**                                                         **NO. 07-0214-A-M2**

### O R D E R

  This matter comes before the Court on correspondence received from the plaintiff, rec.doc.no. 15, which the Court interprets to be a request for an expeditious trial of this matter. This motion shall be denied. Upon the completion of discovery and upon the resolution of dispositive motions, this matter shall be set for trial as permitted by the schedule of the assigned District Judge.

  **IT IS ORDERED** that the plaintiff's request for a "speedy trial", rec.doc.no. 15, be and it is hereby **DENIED**.

  Signed in chambers in Baton Rouge, Louisiana, August 26, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**