UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD COATES (#374983)                               CIVIL ACTION

VERSUS

MARCUS DOUGLAS                                         NO. 07-0214-JVP-CN

**O R D E R**

This matter comes before the Court on correspondence received from the plaintiff, rec.doc.no. 21, which the Court interprets to be a motion to withdraw his pending motion for summary judgment. This motion to withdraw shall be granted. The pending motion for summary judgment is not in proper form, including neither a statement of undisputed facts nor any evidentiary materials in the form of affidavits or documentary evidence. Accordingly, it would be a waste of judicial resources for the Court to address and deny same.

**IT IS ORDERED** that the plaintiff's request to withdraw his pending motion for summary judgment, rec.doc.no. 21, be and it is hereby **GRANTED**.

Signed in chambers in Baton Rouge, Louisiana, February 18, 2009.

**MAGISTRATE JUDGE CHRISTINE NOLAND**